# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 3607 | **DATE** | 12/1/2009 |
| **CASE TITLE** | Kmart Corporation vs. Footstar, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's motion to strike affirmative defenses [32] is granted in part and denied in part. Enter Memorandum Opinion and Order. The Court was advised of the progress of discovery. Defendant Footstar is given leave to file a responsive pleading to plaintiff's amended complaint. Status hearing set for 1/12/10 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05 nfpc

| | Courtroom Deputy Initials: | VKD |
|---|---|---|